IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAYE GROOM, BETH ANN LEVY,
JENNIFER PRANCE, MIRTA EURALIA
SOMOANO, ANDREA WHITE,

    Plaintiffs,

v.                                           CASE NO. 1:04-cv-00408-MP-AK

FRESENIUS MEDICAL CARE NORTH AMERICA INC,
EDWARD VAN RHODES,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 17, Motion to Dismiss, filed by Edward Van Rhodes, to which the plaintiffs have not responded.  The plaintiffs were employees of defendant Fresenius and bring a fifteen count complaint based on the conduct of defendant Van Rhodes, an employee of Fresenius.  Each of the counts in the case is based upon alleged acts of sexual harassment, sexual assault and sexual battery committed by Mr. Van Rhodes and for which the plaintiffs believe Fresenius should be held responsible. In the motion to dismiss, Mr. Van Rhodes correctly points out that the wherefore clause of each count only seeks damages against defendant Fresenius.  None of the counts specifically ask for relief against Mr. Van Jones, despite the fact that it is his conduct which underlies the entire case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to dismiss (doc. 17) is granted.  The case against Mr. Van Jones only is dismissed.  Defendant Fresenius remains in the case.

**DONE AND ORDERED** this  *22nd*   day of April, 2005

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge